# UNITED STATES DISTRICT COURT
## Eastern District of California

## Petition to Modify the Conditions or Term of Supervision with Consent of the Person Under Supervision
*(Probation Form 49, Waiver of Hearing, is on file)*

**Name of Person Under Supervision:** Raymond Hastings Carter        **Docket Number:** 0972 2:22CR00181-001

**Name of Judicial Officer:**   U.S. District Judge Dale A. Drozd

**Date of Original Sentence:**   12/9/2016

**Original Offense:** 18 U.S.C. § 2423(b) - Travel with Intent to Engage in Illicit Sexual Conduct  (CLASS B FELONY)

**Original Sentence:** 80 months custody of the Bureau of Prisons; 120 months Supervised Release; Mandatory Drug Testing; No Firearms; Sex Offender Registration; $100 Special Assessment; $12,500 Fine.

**Special Conditions:**

1. Payment of Fine
2. Financial Disclosure
3. Sex Offender Assessment and Treatment
4. Contact Restriction with Minors
5. Search - Sex Offender
6. Computer Inspection

**Type of Supervision:**   TSR

**Date Supervision Commenced:**   6/9/2020

**Other Court Actions:**

**6/9/2020:**   The U.S. District Court for the District of Columbia approved the Order Granting Motion for Compassionate Release.  Mr. Carter's sentence was modified to Time Served with an additional 30 months of supervised release under home incarceration with location monitoring, to be followed by the original term of 120 months Supervised Release as imposed at the time of the original judgement on December 16, 2016.  Mr. Carter was initially ordered to reside at a location designated in San Francisco, California.

| | |
|---|---|
| **1/10/2022:** | The U.S. District Court for the District of Columbia issued a Minute Order rescinding the additional condition of supervised release requiring Mr. Carter to reside at the previously designated location in San Francisco, California. |
| **06/28/22:** | Transfer of Jurisdiction from the District of Columbia to the Eastern District of California. |

---

## PETITIONING THE COURT

**To modify the conditions of supervision as follows:** I petition the Court, with the consent and agreement of Mr. Carter, to modify his conditions of supervised release to reflect the current language used to impose special conditions of supervised release in sex offense offenses adjudicated in the Eastern District of California:

7. You must attend, cooperate with, and actively participate in a sex offender treatment and therapy program [which may include, but is not limited to, risk assessment, polygraph examination, and/or Visual Reaction Treatment].  The probation officer, in consultation with the treatment provider, will supervise your participation in the program.

8. You must submit to periodic polygraph testing at the discretion of the probation officer to ensure that you are in compliance with the requirements of your supervision or treatment program.

9. You must participate in a co-payment plan for treatment, testing and/or medication and shall make payment directly to the vendor under contract with the United States Probation Office.  Your co-payment will be determined utilizing a Sliding Fee Scale based upon your disposable income.

**Justification:**  At Mr. Carter's original Judgment and Sentencing hearing in the U.S. District Court for the District of Columbia, the Court imposed a Sex Offender Assessment and Treatment Special Condition which reads as follows: *You shall participate in a program of sex offender assessment and treatment, as directed by the United States Probation Office.  You shall waive your right of confidentiality in treatment and sign any necessary releases for any records imposed as a consequence of this judgement to allow the United States Probation Office to review your course of treatment and progress with the treatment provider(s).  The Court waives the assessment of costs of sex offender treatment for the defendant.*

Mr. Carter is presently participating in outpatient sex offender counseling, and he has submitted to annual polygraphs since inception of supervision.   However, since the polygraph condition is imbedded within the treatment condition, the probation office cannot conduct a polygraph examination to monitor compliance with supervised release conditions if or when Mr. Carter successfully completes sex offender counseling. The probation office uses the polygraph examination as a tool to monitor the person under supervision regarding their progress in the community and compliance with all conditions of supervision.

Additionally, I recommend the sex offender conditions which are imposed in our District. Mr. Carter has signed a Waiver of Hearing to Modify Conditions of Supervised Release to add the above-captioned special conditions of supervised release.

Respectfully submitted,

**Steven J. Sheehan**
**Sr. United States Probation Officer**
Telephone: 916-9309-4353

**DATED:**   12/12/2022

Reviewed by,

**Shannon L. Morehouse**
**Supervising United States Probation Officer**

**THE COURT ORDERS:**

☒  Modification approved as recommended.

☐  Modification not approved at this time.  Probation Officer to contact Court.

☐  Other

      IT IS SO ORDERED.

Dated:  **December 13, 2022**

                                                        *Dale A. Drozd*
                                        UNITED STATES DISTRICT JUDGE

CC:

United States Probation

Assistant United States Attorney: TBD

Defense Counsel: TBD